THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM PETO BICKEL, Appellant.— MEMORANDUM BY THE COURT.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.